USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 1:19-cv-00684-PLM-PJG   ECF No. 6 filed 12/02/19   PageID.33   Page 1 of 4

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

FILED - GR
December 2, 2019 12:04 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:___ SCANNED BY: TB 12/2/19

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| RICKY R. FRANKLIN | 1:19-cv-684 |
| DEFENDANT | TYPE OF PROCESS |
| LENDING CLOUD | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
LENDING CLOUD
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

RICKY R. FRANKLIN
708 BRAMBLING WAY
STOCKBRIDGE, GA 30281

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                                  Fold

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 040 | No. 040 | CHRISTOPHER ANDRESKI  Digitally signed by CHRISTOPHER ANDRESKI  Date: 2019.10.21 13:41:53 -04'00' | 11/04/2019 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date | Time | ☐ am ☐ pm |
|---|---|---|
| 11/29/19 | | |

Signature of U.S. Marshal or Deputy
CHRISTOPHER ANDRESKI  Digitally signed by CHRISTOPHER ANDRESKI  Date: 2019.11.04 14:45:03 -05'00'

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | 16.80 | 144.35 | 0 | | $0.00 |

REMARKS:
10/18/19 - Certified Mail unable to deliver. 11/04/19 - Tried serving in person at 14200 Ironwood Dr. N.W. Grand Rapids, MI 49534, business doesn't exist. 11/04/19 Tried serving in person at forwarding address 3181 Prairie Suite #104 Grandville, MI.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Ricky R. Franklin

v.

Lending Cloud

Case No. 1:19-cv-684
Hon. Paul L. Maloney

TO: Lending Cloud
ADDRESS: 14200 Ironwood Dr. N.W.
Grand Rapids, MI 49534

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Ricky R. Franklin
708 Brambling Way
Stockbridge, GA 30281-9040

CLERK OF COURT

[signature and seal]

September 06, 2019
By Deputy Clerk    Date

---

## PROOF OF SERVICE

This summons for ___Lending Cloud___ (name of individual and title, if any) was received by me on __09/23/2019__ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☒ I returned the summons unexecuted because __Business Doesn't Exsit__.

☐ Other (specify) _____

My fees are $ __14.35__ for travel and $ __0__ for services, for a total of $ __0__.

I declare under the penalty of perjury that this information is true.
Date: __11/04/2019__

[signature]
Server's signature

__Dupty U.S. Marshal Andreski__
Server's printed name and title

__110 Michigan Ave N.W. Grand Rapids, MI 49__
Server's address

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| RICKY R. FRANKLIN | 1:19-CV-684 |
| DEFENDANT | TYPE OF PROCESS |
| LENDING CLOUD | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
LENDING CLOUD
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
14200 IRONWOOD DR. N.W. GRAND RAPIDS, MI 49534

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

RICKY R. FRANKLIN
708 BRAMBLING WAY
STOCKBRIDGE, GA 30281

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT    TELEPHONE NUMBER    DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 040 | No. 040 | CHRISTOPHER ANDRESKI  Digitally signed by CHRISTOPHER ANDRESKI Date: 2019.10.21 13:32:02 -04'00' | 11/04/19 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

No longer in business, was told Kent County Sheriffs Department shut business down. Leasing office said Joe Degolf was the owner and his last known number was (248) 890-5900 and his accountant Nancy number is (616) 546-0130. Forwarding 3181 Prairi

| Date | Time | |
|---|---|---|
| 11/6/19 | | ☐ am ☐ pm |

Signature of U.S. Marshal or Deputy
CHRISTOPHER ANDRESKI  Digitally signed by CHRISTOPHER ANDRESKI Date: 2019.11.04 15:19:29 -05'00'

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

Forwarding Address: 3181 Prairi St. Suite# 104 Grandville, MI

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 1:19-cv-00684-PLM-PJG   ECF No. 6 filed 12/02/19   PageID.36   Page 4 of 4

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIVED AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

3

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| RICKY R. FRANKLIN | 1:19-CV-684 |
| DEFENDANT | TYPE OF PROCESS |
| LENDING CLOUD | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
LENDING CLOUD
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3181 PRAIRIE ST. SUITE#104 GRANDVILLE, MI

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

RICKY R. FRANKLIN
708 BRAMBLING WAY
STOCKBRIDGE, GA 30281

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold                                                                                                                                                                  Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 040 | No. 040 | CHRISTOPHER ANDRESKI  Digitally signed by CHRISTOPHER ANDRESKI Date: 2019.10.21 13:32:02 -04'00' | 11/04/19 |

☐ I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address (*complete only different than shown above*) | Date | Time | |
|---|---|---|---|
| Lending Cloud is longer in business. Leasing manager phone number on the above address, Jun (616) 990-8889. | 11/6/19 | | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy CHRISTOPHER ANDRESKI  Digitally signed by CHRISTOPHER ANDRESKI Date: 2019.11.04 15:19:29 -05'00' | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

Forwarding Address: 3181 Prairi St. Suite# 104 Grandville, MI

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80