IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED - GR**
October 5, 2020 11:29 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: tb    SCANNED BY: TB 10/5/20

| | |
|---|---|
| RICKY R. FRANKLIN § | Civil Action No: 1:19-cv-00684 |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| LENDING CLOUD § | |
| Defendant § | |

## PLAINTIFFS NOTICE TO SHOW CAUSE AND VOLUNTARY DISMISSAL WITHOUT PREJUDICE

As directed by this Court in ("ECF 10") Plaintiff responds to the "show cause order". Plaintiff, Ricky R. Franklin, by and through himself hereby gives notice that the U.S. Marshal Service is unable to locate the Defendant in this matter. Further, as evidenced by ECF Nos. 6, 9 the company no longer exist and was closed down by the Kent County Sheriff's office. As such, Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, hereby gives notice of the voluntary dismissal of this action without prejudice.

Date: 01 October 2020

/s/

Ricky R. Franklin
708 Brambling Way
Stockbridge, GA 30281
rrfrank12@hotmail.com

Ricky Franklin
708 Brambling Way
Stockbridge, GA 30281



Clerk
110
Grand



- OF Court
  michigan St NW. #399
  Rapids, MI 49503